Certificate Number: 17082-CAC-DE-040167340

Bankruptcy Case Number: 25-11517



17082-CAC-DE-040167340

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 6, 2025</u>, at <u>11:44</u> o'clock <u>AM MST</u>, <u>YELENA MARTINOVA</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>October 6, 2025</u>        By:    <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>